# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A. WHITE, | No. 3:20-CV-00291 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of March 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The United States' motion (Doc. 314) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of the United States and against plaintiff William A. White as to all FTCA claims venued in this district, *i.e.*, Counts 37(b), 38(b), 41(b), and 42(b).[1]

3. White's motion (Doc. 332) for summary judgment is **DENIED**.

4. The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[1] *See* Doc. 181 at 13 ¶¶ 4-5 (deferring entry of judgment on Counts 37(b), 38(b), and 41(b)).